Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

MARUT PANCHITKAEW

Write the full name of each plaintiff or petitioner.

Case No. _____ CV _____

-against-

NASSAU COUNTY POLICE DEPARTMENT  Letter re: To file a seal complaint

17CV9163

Write the full name of each defendant or respondent.

The reason is:
This case involved police officers that have been agressively violate citizen's rights.
To ensure that this case will not be interfered by local police department while litigation is in process.

11/15/2017
Dated

Signature

MARUT PANCHITKAEW
Name

Prison Identification # (if incarcerated)

450 GARDINERS AVE          LEVITTOWN      NY      11756
Address                    City           State   Zip Code

Telephone Number (if available)          E-mail Address (if available)

SDNY Rev: 5/20/2016