Plaintiff:
Mr. Marut Panchitkaew
450 Gardiners Avenue
Levittown, NY 11756

Date: August 10, 2018
**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   **AUG 10 2018**   ★

**LONG ISLAND OFFICE**

To: **Supreme Court Judge** - *Joan M Azrack*
United States District Court Eastern District of New York
225 Cadman Plz E, Brooklyn, NY 11201

Case: 2:18-cv-00956 (JMA) (SIL)
Case Name: Panchitkaew v. Nassau County Police Department et al

Dear you're Honor,

Nassau County, New York is well known for her corruption from top to bottom. From Executive to a part-time custodian have been rooted this beautiful county in many approaches. Fortunately, they are protected by the Unfair County Laws and guarded by powerful County Attorney. In addition, Nassau County police (NCPD) enjoy typical immunity and hence many wrongdoings by them are usually prevailed, with no consequence.

Not only do I stand up against the Police (NCPD) but also the Police of the police (NCPD – Internal Affair). Nonetheless, what is the driven factor(s) that stimulate Sgt. Danzi to come to my premise uninvited and threatened me not to contact FBI is questionable. Two weeks later, troops of NCPD (more than ten officers) stormed into my house as if I am a felony suspect and dragged me forcefully to their Nassau Emergency Vehicle. Despite the fact that I have informed the arresting police that I suffered from Spinal Hernia Disc, and Shoulder's Rotator Cuff Tear, *PO 'ROBERT D TEDESCHI'* refused my notion and managed to squeeze the handcuff forcefully twisting not only my wrist but also arms that impacted/triggered such excruciating pain. The sole reason (given by the Nassau County Police Department was that *"There was a 911 Call from the Plaintiff claimed to commit suicide".*

Upon *Initial Discovery*, PO 'Robert Tedeschi' was the arresting Officer for this False Arrest & Illegal Detained. Hence, I have forward this in the form of letter (and Fax) to Nassau County Attorney – Deputy Ben-Sorek respectively.

In regards to Constitution, Nassau County violates many aspects on Nassau Constituents.
911 Call would never be released under the County Law308 (4).

Along with this letter, I have attached the following Considerably Significant Evidences for your consideration:

- A screen shot of Nassau County Police – FOIL request, where it specifies *that copies of 911 will not make it available.*
- An Email response from Nassau County Police Department denied FOIA request for an Arrest Record.
- Frivolous-False Filing to Nassau County Social Service – Adult Protective Service.
- Excessively baseless (no *probable cause*) Traffic Citations result in 19 points in this Illegal Pull Over/Traffic Stop.

**RECEIVED**

AUG 10 2018

**EDNY PRO SE OFFICE**

- Regards The Actual Date of Arrest, Nassau University Medical Center (NUMC)'s discharge letter filled with ambiguous information [No Name, Date, and Missing Essential Data].
- A Complaint Letter to Federal Office of Postal Inspector-General pertains to the corruption of Nassau County Police & Postal Employee.
- FBI's Classified FOIA Request (Declassification of Information pertains to the incident on June of 2017).
- FBI Background Check indicating this False Arrest (On Feb 17, 2017) signifies the prohibition of Firearms Ownership [Title 18, United States Code (U.S.C.), Section 922 (g) (4).
  Annotation: I have to go this Route to retrieve this significant unfortunate record that destroy not only my **Career** but also my **Constitution Rights**
- Response Letter from the Judges & New York State Judicial Conduct Commission:
  - o  New York State - Nassau County Judicial Office, Hon. Norman St. George, Supervising Judge
  - o  New York State Commission on judicial Conduct Complaint Case# 2018/N-0205
  - o  New York State Commission on judicial Conduct Complaint Case# 2018/N-0276
  - o  Complaint Letter to New York State Commission on Judicial Conduct
    {Note: 'Timothy F Mischke', Defendant, is of Nassau County Police's family members.}

To:                                                                    Date: 08/03/2018

Nassau County
Office of the county attorney:
Liora M. Ben-Sorek,
Deputy County Attorney

REGARDS: **Marut Panchitkaew v. Det. Sgt. Danzi and John Does**
                **Federal Supreme Court Case# CV-2018-0956**


Dear Attorney,


            This letter is written to express a concern regards your response to
the Supreme Court Judge, Honorable Joan M. Azrack, on July 27, 2018.

            On the date of this incident, 02/17/2018, more than Ten Officers
including but not limited to Nassau County Police and Ambulance Medical
Technicians arrived at the scene. Nonetheless, upon discovery, I realized that you,
Nassau County Attorney, failed to Report and/or Include the Arresting Officer, PO
**'ROBERT D TEDESCHI'** as part of the Response.

In that regard, please thoroughly Verify and re-correspond to the United States
District Judge - Eastern District of New York Accordingly.

Please notify, should there be any further detail needed.


Truthfully Yours,


**Marut Panchitkaew**
Federal Litigant – Pro Se
United States Constituent

450 Gardiners Avenue,
Levittown, NY 11756
C: 516-996-9349
H: 516-731-2917

# Nassau County Police Department violates **Constituents** by not Release copies of **911 Calls.**

NASSAU COUNTY

**Nassau County - FOIL Requests**

Reset Form

**FREEDOM OF INFORMATION LAW ("FOIL")**

[illegible]

* Please select a department to send your request to

Police

To make FOIL requests to the Nassau County Police Department please click here. Please be advised that we are unable to release copies of 911 calls or any records relating to 911 calls pursuant § County Law 308(4)



Nassau County Police Department – FOIA Compliance **Violation**



**Reference #: 79374/PD Reference #0543-18**                    Jul 26, 2018 12:16 PM

FOIL@PDCN.org

To: pandey5000@mailfence.com

We are in receipt of your Freedom of Information Law (FOIL) request. In order to process your request, pursuant to NYS Public Officers Law § 87(2)(b), we will require a notarized authorization from a person involved in the incident, authorizing the Nassau County Police Department to release the documents to you. Please forward these documents by one of the following methods: - scan and email the documents to the following email address: (FOIL@PDCN.ORG); or - mail the documents to the following address: Nassau County Police Department 1490 Franklin Avenue Mineola, New York 11501 ATTN: Legal Bureau ALL CORRESPONDENCE MUST INCLUDE YOUR FOIL REFERENCE NUMBER



**LAURA CURRAN**
**NASSAU COUNTY EXECUTIVE**

**JOHN E. IMHOF, PhD**
**COMMISSIONER**

**PAUL F. BRODERICK**
**DEPUTY COMMISSIONER**

**NASSAU COUNTY**
**DEPARTMENT OF SOCIAL SERVICES**
**60 CHARLES LINDBERGH BLVD**
**UNIONDALE, NEW YORK 11553-3686**
Phone: 516-227-8082 Fax: 516-227-7593
Web: http://www.nassaucountyny.gov/

July 23, 2018

Ms. Vimon Pancitkhaew
450 Gardiners Avenue
Levittown NY 11756

Dear Ms. Pancitkhaew:

My name is Belinda Bellamy and I am a caseworker with Nassau County Adult Protective Services. I have been assigned to investigate a case involving you. A home visit was made to your home in on June 26, 2018.

In compliance with New York State Social Services Law, Adult Protective Services is mandated to investigate referrals concerning persons who may be in need of assistance. Adult Protective Services is mandated to make a face-to-face contact with individuals who may or may not be in need of assistance.

Please give me a call as soon as possible, so that we may plan for a home visit. I can be reached at 516-227-8220, Monday through Friday from 9:00 a.m. – 4:45 p.m. If I do not answer please leave the information on my voice mail. If you wish, you may also speak with my supervisor Ms. Garner at 516-227-8215.

Thank you for your cooperation.

Sincerely,

*B. Bellamy*

Belinda Bellamy
Caseworker II
Unit 4117

New York State - Department of Motor Vehicles

## SIMPLIFIED INFORMATION/CERTIFICATE CONCERNING VIOLATION OF LAW RELATING TO VEHICLES

| E17503CZG8 | POLICE AGENCY | Date of Arraignment | | |
|---|---|---|---|---|
| The people of The State of New York VS. | NASSAU COUNTY POLICE DEPT. | Court Adjournment Record | | Docket Number |
| | Local Police Code 02900 | | | |

| Last Name (Defendant) | First Name | M.I. | | |
|---|---|---|---|---|
| PANCHITKAEW | MARUT | | | |

| Number and Street | | | Photo Lic Shown | Date From | Code | Date To | Requested By |
|---|---|---|---|---|---|---|---|
| 450 GARDINERS AVE | | | Yes | | | | |

| City | State | Zip Code | Oper Owns Veh | Lic. Class | | | | |
|---|---|---|---|---|---|---|---|---|
| LEVITTOWN | NY | 117560000 | N | DM | | | | |

| Client ID Number | Sex | Date Expires |
|---|---|---|
| 283090235 | M | 10/15/18 |

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color | | Amount | Date | Receipt No. |
|---|---|---|---|---|---|---|---|---|---|
| NY | 10/16/80 | 1 | 2011 | MAZD | BK | | | | |

| Plate Number | Reg. State | Registration Expires | Bail | | | |
|---|---|---|---|---|---|---|
| GPT8057 | NY | | Refund | | | |
| | | | Fine | | | |
| | | | Surcharge | | | |

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time | Date | IN VIOLATION OF |
|---|---|---|
| 12:18:00 AM | 9/14/15 | Vehicle and Traffic Law |

| Violation Section | Tr Inf / Msd / Fel | MPH | MPH Zone |
|---|---|---|---|
| 1180D | Infraction | 85 | 65 |

| Description of Violation | US DOT# | | |
|---|---|---|---|
| SPEED IN ZONE | Com Veh | Bus | Haz Mat |

| C/T/V Name | County | Hwy Type | NCIC/ORI |
|---|---|---|---|
| NASSAU CNTY TRAFFIC BUR | NASSAU | 2 | 02900 |

| Street Name | Hwy. No. | Loc. Code | |
|---|---|---|---|
| E/B 495 AT 35 | 2 | 3051 | |

Officer's Signature Affirmed Under Penalty of Perjury

Officer Operating Radar Signature

| Date Affirmed | Off Assign | Badge/Shield | Arrest Type |
|---|---|---|---|
| 9/14/15 | 0606 | 8152 | 1 |

Officer's Name
M PALAZZO

SECTION 1807 OF THE VEHICLE AND TRAFFIC LAW PROVIDES THAT DEFENDANT, IN CERTAIN CASES, MUST BE INFORMED IN SUBSTANCE AS FOLLOWS:

"A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law."

To Judges or Clerk of Court: Checkmark the appropriate box or boxes below.

I HEREBY CERTIFY THAT:

☐ Upon arraignment, that the above instruction was given orally to the defendant

☐ The defendant appeared in response to a ticket upon which the above instructions were printed in bold type, in accordance with Section 1807 of the Vehicle and Traffic Law.

☐ Defendant entered a plea of guilty in writing pursuant to Section 1805 of the Vehicle and Traffic Law.

| Signature of Judge or Clerk of Court | Date |
|---|---|
| | |

### THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN:

NASSAU CNTY TRAFFIC BUR

| Address | | | |
|---|---|---|---|
| 16 COOPER ST. | | | |

| City | State | Zip | |
|---|---|---|---|
| HEMPSTEAD | NY | 11550 | |

| Return by mail before or in person on: | Date | Time |
|---|---|---|
| | 10/23/15 | 09:00:00 A |

### FOR COURT USE ONLY

| Court Code | Justice Code | Date Adjudicated | Date Sentenced Imposed |
|---|---|---|---|
| NY029TC3J | | | |

| Charge Convicted of AS ABOVE  VTL  OTHER | Disposition/Sentence | Fine Amt |
|---|---|---|
| | | Surcharge |

| Bail Forfeiture Amt | Date | License | Registration |
|---|---|---|---|
| | | Rev Susp Mand Perm | Month/Day/Yrs |

| DWI Test Type | DWI Test Results |
|---|---|
| | |

Supporting Deposition Issued Speeding(Gen101)

Name of Judge

**New York State - Department of Motor Vehicles**
**SIMPLIFIED INFORMATION/CERTIFICATE CONCERNING VIOLATION OF LAW RELATING TO VEHICLES**

| E17503D1G8 | POLICE AGENCY | | | Date of Arraignment | | | |
|---|---|---|---|---|---|---|---|
| The people of The State of New York VS. | NASSAU COUNTY POLICE DEPT. | | | Court Adjournment Record | | Docket Number | |
| | Local Police Code 02900 | | | | | | |
| Last Name (Defendant) PANCHITKAEW | First Name MARUT | | M.I. | | | | |
| Number and Street 450 GARDINERS AVE | | | Photo Lic Shown Yes | Date From | Code | Date To | Requested By |
| City LEVITTOWN | State NY | Zip Code 117660000 | Oper Owns Veh N | Lic. Class DM | | | |
| Client ID Number 283090235 | | | Sex M | Date Expires 10/15/18 | | | |
| Lic. State NY | Date of Birth 10/15/80 | Veh. Type 1 | Year 2011 | Make MAZD | Color BK | Amount | Date | Receipt No. |
| Plate Number GPT8057 | | Reg. State NY | Registration Expires | | Bail | | | |
| | | | | | Refund | | | |
| | | | | | Fine | | | |
| | | | | | Surcharge | | | |

| THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS | | | | |
|---|---|---|---|---|
| Time 12:18:00 AM | Date 9/14/15 | IN VIOLATION OF Vehicle and Traffic Law | | |
| Violation Section 1163D | | Tr Inf / Msd / Fel Infraction | MPH | MPH Zone |
| Description of Violation IMPROPER/NO SIGNAL | | US DOT# | | |
| | | Com Veh | Bus | Haz Mat |
| C/T/V Name NASSAU CNTY TRAFFIC BUR | | County NASSAU | Hwy Type 2 | NCIC/ORI 02900 |
| Street Name E/B 495 AT 36 | | Hwy. No. 2 | Loc. Code 3061 | |

Officer's Signature Affirmed Under Penalty of Perjury

Officer Operating Radar Signature

| Date Affirmed 9/14/15 | Off Assign 0606 | Badge/Shield 8152 | Arrest Type 1 |
|---|---|---|---|

Officer's Name
M PALAZZO

| THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN: |
|---|
| NASSAU CNTY TRAFFIC BUR |

| Address 16 COOPER ST. | | | |
|---|---|---|---|
| City HEMPSTEAD | State NY | Zip 11550 | |
| Return by mail before or in person on: | | Date 10/23/15 | Time 09:00:00 A |

| FOR COURT USE ONLY | | | |
|---|---|---|---|
| Court Code NY029TC3J | Justice Code | Date Adjudicated | Date Sentenced Imposed |
| Charge Convicted of AS ABOVE   VTL   OTHER | | Disposition/Sentence | Fine Amt |
| | | | Surcharge |
| Bail Forfeiture Amt | Date | License | Registration |
| | | Rev Susp Mand Perm | Month/Day/Yrs |
| DWI Test Type | | DWI Test Results | |
| Supporting Deposition Issued Non-Speeding(Gen101a) | | | |

**SECTION 1807 OF THE VEHICLE AND TRAFFIC LAW PROVIDES THAT DEFENDANT, IN CERTAIN CASES, MUST BE INFORMED IN SUBSTANCE AS FOLLOWS:**

"A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law."

To Judges or Clerk of Court: Checkmark the appropriate box or boxes below.

I HEREBY CERTIFY THAT:

☐ Upon arraignment, that the above instruction was given orally to the defendant

☐ The defendant appeared in response to a ticket upon which the above instructions were printed in bold type, in accordance with Section 1807 of the Vehicle and Traffic Law.

☐ Defendant entered a plea of guilty in writing pursuant to Section 1805 of the Vehicle and Traffic Law.

| Signature of Judge or Clerk of Court | | Date |
|---|---|---|
| Name of Judge | | |

New York State - Department of Motor Vehicles
**SIMPLIFIED INFORMATION/CERTIFICATE CONCERNING VIOLATION OF LAW RELATING TO VEHICLES**

| **E17503D5G8** | POLICE AGENCY | Date of Arraignment | | |
|---|---|---|---|---|
| The people of The State of New York VS. | NASSAU COUNTY POLICE DEPT. | Court Adjournment Record | | Docket Number |
| | Local Police Code 02900 | | | |

| Last Name (Defendant) PANCHITKAEW | First Name MARUT | | M.I. | | | | |
|---|---|---|---|---|---|---|---|
| Number and Street 460 GARDINERS AVE | | | Photo Lic Shown Yes | Date From | Code | Date To | Requested By |
| City LEVITTOWN | State NY | Zip Code 117560000 | Oper Owns Veh N | Lic. Class DM | | | |
| Client ID Number 283090235 | | | Sex M | Date Expires 10/16/18 | | | |

| Lic. State NY | Date of Birth 10/16/80 | Veh. Type 1 | Year 2011 | Make MAZD | Color BK | | Amount | Date | Receipt No. |
|---|---|---|---|---|---|---|---|---|---|
| Plate Number GPT8057 | | Reg. State NY | Registration Expires | | | Bail | | | |
| | | | | | | Refund | | | |
| | | | | | | Fine | | | |
| | | | | | | Surcharge | | | |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time 12:18:00 AM | Date 9/14/15 | IN VIOLATION OF Vehicle and Traffic Law | | |
|---|---|---|---|---|
| Violation Section 3191U | | Tr Inf / Misd / Fel Infraction | MPH | MPH Zone |
| Description of Violation OPERATING WITHOUT INSURANCE | | US DOT# | | |
| | | Com Veh | Bus | Haz Mat |
| C/T/V Name NASSAU CNTY TRAFFIC BUR | | County NASSAU | Hwy Type 2 | NCIC/ORI 02900 |
| Street Name E/B 495 AT 35 | | Hwy. No. 2 | Loc. Code 3051 | |

SECTION 1807 OF THE VEHICLE AND TRAFFIC LAW PROVIDES THAT DEFENDANT, IN CERTAIN CASES, MUST BE INFORMED IN SUBSTANCE AS FOLLOWS:

"A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law."

Officer's Signature Affirmed Under Penalty of Perjury

Officer Operating Radar Signature

| Date Affirmed 9/14/15 | Off Assign 0606 | Badge/Shield 8152 | Arrest Type 1 |
|---|---|---|---|

Officer's Name
M PALAZZO

To Judges or Clerk of Court: Checkmark the appropriate box or boxes below.

I HEREBY CERTIFY THAT:

☐ Upon arraignment, that the above instruction was given orally to the defendant

☐ The defendant appeared in response to a ticket upon which the above instructions were printed in bold type, in accordance with Section 1807 of the Vehicle and Traffic Law.

☐ Defendant entered a plea of guilty in writing pursuant to Section 1805 of the Vehicle and Traffic Law.

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN:**
NASSAU CNTY TRAFFIC BUR

| Address 16 COOPER ST. | | | |
|---|---|---|---|
| City HEMPSTEAD | State NY | Zip 11550 | |
| Return by mail before or in person on: | | Date 10/23/15 | Time 09:00:00 A |

| Signature of Judge or Clerk of Court | | Date |
|---|---|---|

Name of Judge

**FOR COURT USE ONLY**

| Court Code NY029TC3J | Justice Code | Date Adjudicated | Date Sentenced Imposed |
|---|---|---|---|
| Charge Convicted of AS ABOVE  VTL  OTHER | | Disposition/Sentence | Fine Amt |
| | | | Surcharge |
| Bail Forfeiture Amt | Date | License | Registration |
| | | Rev Susp Mand Perm | Month/Day/Yrs |
| DWI Test Type | | DWI Test Results | |
| Supporting Deposition Issued Non-Speeding(Gen101a) | | | |

New York State - Department of Motor Vehicles
**SIMPLIFIED INFORMATION/CERTIFICATE CONCERNING VIOLATION OF LAW RELATING TO VEHICLES**

| E17503D4G8 | POLICE AGENCY<br>NASSAU COUNTY POLICE DEPT. | | Date of Arraignment | | | |
|---|---|---|---|---|---|---|
| The people of The State of New York<br>VS. | Local Police Code<br>02900 | | Court Adjournment Record | | Docket Number | |
| Last Name (Defendant)<br>PANICHITKAEW | First Name<br>MARUT | M.I. | | | | |
| Number and Street<br>460 GARDINERS AVE | | Photo Lic Shown<br>Yes | | | | |
| City<br>LEVITTOWN | State<br>NY | Zip Code<br>117560000 | Oper Owns Veh<br>N | Lic. Class<br>DM | Date From | Code | Date To | Requested By |

| City<br>LEVITTOWN | State<br>NY | Zip Code<br>117560000 | Oper Owns Veh<br>N | Lic. Class<br>DM |
|---|---|---|---|---|
| Client ID Number<br>283090235 | | | Sex<br>M | Date Expires<br>10/15/18 |
| Lic. State<br>NY | Date of Birth<br>10/15/80 | Veh. Type<br>1 | Year<br>2011 | Make<br>MAZD | Color<br>BK |
| Plate Number<br>GPT8057 | | Reg. State<br>NY | Registration Expires | | |

| Date From | Code | Date To | Requested By |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail | | | |
| Refund | | | |
| Fine | | | |
| Surcharge | | | |

| THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS | | |
|---|---|---|
| Time<br>12:18:00 AM | Date<br>9/14/15 | IN VIOLATION OF<br>Vehicle and Traffic Law |
| Violation Section<br>1129A | Tr Inf / Msd / Fel<br>Infraction | MPH | MPH Zone |
| Description of Violation<br>FOLLOWING TOO CLOSELY | US DOT# | | |
| | Com Veh | Bus | Haz Mat |
| C/T/V Name<br>NASSAU CNTY TRAFFIC BUR | County<br>NASSAU | Hwy Type<br>2 | NCIC/ORI<br>02900 |
| Street Name<br>E/B 495 AT 36 | Hwy. No.<br>2 | Loc. Code<br>3061 | |

Officer's Signature Affirmed Under Penalty of Perjury

Officer Operating Radar Signature

| Date Affirmed<br>9/14/15 | Off Assign<br>0606 | Badge/Shield<br>8162 | Arrest Type<br>1 |
|---|---|---|---|
| Officer's Name<br>M PALAZZO | | | |

| THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN: |
|---|
| NASSAU CNTY TRAFFIC BUR |

| Address<br>16 COOPER ST. | | | |
|---|---|---|---|
| City<br>HEMPSTEAD | State<br>NY | Zip<br>11550 | |
| Return by mail before or in person on: | | Date<br>10/23/15 | Time<br>09:00:00 A |

**SECTION 1807 OF THE VEHICLE AND TRAFFIC LAW PROVIDES THAT DEFENDANT, IN CERTAIN CASES, MUST BE INFORMED IN SUBSTANCE AS FOLLOWS:**

"A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law."

To Judges or Clerk of Court: Checkmark the appropriate box or boxes below.

I HEREBY CERTIFY THAT:

☐ Upon arraignment, that the above instruction was given orally to the defendant

☐ The defendant appeared in response to a ticket upon which the above instructions were printed in bold type, in accordance with Section 1807 of the Vehicle and Traffic Law.

☐ Defendant entered a plea of guilty in writing pursuant to Section 1805 of the Vehicle and Traffic Law.

| Signature of Judge or Clerk of Court | | Date |
|---|---|---|
| Name of Judge | | |

| FOR COURT USE ONLY | | | |
|---|---|---|---|
| Court Code<br>NY029TC3J | Justice Code | Date Adjudicated | Date Sentenced Imposed |
| Charge Convicted of AS ABOVE  VTL  OTHER | | Disposition/Sentence | Fine Amt |
| | | | Surcharge |
| Bail Forfeiture Amt | Date | License | Registration |
| | | Rev Susp Mand Perm | Month/Day/Yrs |
| DWI Test Type | | DWI Test Results | |
| Supporting Deposition Issued Non-Speeding(Gen101a) | | | |

New York State - Department of Motor Vehicles
**SIMPLIFIED INFORMATION/CERTIFICATE CONCERNING VIOLATION OF LAW RELATING TO VEHICLES**

**E17503D3G8**

| | | | |
|---|---|---|---|
| The people of The State of New York VS. | POLICE AGENCY<br>NASSAU COUNTY POLICE DEPT.<br>Local Police Code<br>02900 | Date of Arraignment | |
| | | Court Adjournment Record | Docket Number |

| Last Name (Defendant)<br>PANCHITKAEW | First Name<br>MARUT | M.I. |
|---|---|---|

| Number and Street<br>450 GARDINERS AVE | | | | Photo Lic Shown<br>Yes |
|---|---|---|---|---|

| Date From | Code | Date To | Requested By |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| City<br>LEVITTOWN | State<br>NY | Zip Code<br>117550000 | Oper Owns Veh<br>N | Lic. Class<br>DM |
|---|---|---|---|---|

| Client ID Number<br>283090235 | | Sex<br>M | Date Expires<br>10/15/18 |
|---|---|---|---|

| Lic. State<br>NY | Date of Birth<br>10/15/80 | Veh. Type<br>1 | Year<br>2011 | Make<br>MAZD | Color<br>BK |
|---|---|---|---|---|---|

| | | Amount | Date | Receipt No. |
|---|---|---|---|---|

| Plate Number<br>GPT8057 | Reg. State<br>NY | Registration Expires |
|---|---|---|

| Bail | | | |
|---|---|---|---|
| Refund | | | |
| Fine | | | |
| Surcharge | | | |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time<br>12:18:00 AM | Date<br>9/14/15 | IN VIOLATION OF<br>Vehicle and Traffic Law | | |
|---|---|---|---|---|
| Violation Section<br>1163D | | Tr Inf / Msd / Fel<br>Infraction | MPH | MPH Zone |
| Description of Violation<br>IMPROPER/NO SIGNAL | | US DOT# | | |
| | | Com Veh | Bus | Haz Mat |
| C/T/V Name<br>NASSAU CNTY TRAFFIC BUR | | County<br>NASSAU | Hwy Type<br>2 | NCIC/ORI<br>02900 |
| Street Name<br>E/B 495 AT 35 | | Hwy. No.<br>2 | Loc. Code<br>3051 | |

Officer's Signature Affirmed Under Penalty of Perjury

Officer Operating Radar Signature

| Date Affirmed<br>9/14/15 | Off Assign<br>0606 | Badge/Shield<br>8162 | Arrest Type<br>1 |
|---|---|---|---|

Officer's Name
M PALAZZO

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN:**
NASSAU CNTY TRAFFIC BUR

| Address<br>16 COOPER ST. | | |
|---|---|---|
| City<br>HEMPSTEAD | State<br>NY | Zip<br>11550 |
| Return by mail before or in person on: | | Date<br>10/23/15 | Time<br>09:00:00 A |

**SECTION 1807 OF THE VEHICLE AND TRAFFIC LAW PROVIDES THAT DEFENDANT, IN CERTAIN CASES, MUST BE INFORMED IN SUBSTANCE AS FOLLOWS:**

"A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law."

To Judges or Clerk of Court: Checkmark the appropriate box or boxes below.

I HEREBY CERTIFY THAT:

☐ Upon arraignment, that the above instruction was given orally to the defendant

☐ The defendant appeared in response to a ticket upon which the above instructions were printed in bold type, in accordance with Section 1807 of the Vehicle and Traffic Law.

☐ Defendant entered a plea of guilty in writing pursuant to Section 1805 of the Vehicle and Traffic Law.

| Signature of Judge or Clerk of Court | Date |
|---|---|

Name of Judge

**FOR COURT USE ONLY**

| Court Code<br>NY029TC3J | Justice Code | Date Adjudicated | Date Sentenced Imposed |
|---|---|---|---|
| Charge Convicted of AS ABOVE VTL OTHER | | Disposition/Sentence | Fine Amt |
| | | | Surcharge |
| Bail Forfeiture Amt | Date | License | Registration |
| | | Rev Susp Mand Perm | Month/Day/Yrs |
| DWI Test Type | | DWI Test Results | |
| Supporting Deposition Issued Non-Speeding(Gen101a) | | | |

New York State - Department of Motor Vehicles
SIMPLIFIED INFORMATION/CERTIFICATE CONCERNING VIOLATION OF LAW RELATING TO VEHICLES

**E17503D2G8**

The people of The State of New York
VS.

| POLICE AGENCY | | |
|---|---|---|
| NASSAU COUNTY POLICE DEPT. | | |
| Local Police Code | | |
| 02900 | | |

| Date of Arraignment | | |
|---|---|---|

| Court Adjournment Record | Docket Number |
|---|---|

| Last Name (Defendant) | First Name | | M.I. |
|---|---|---|---|
| PANCHITKAEW | MARUT | | |

| Number and Street | | Photo Lic Shown |
|---|---|---|
| 460 GARDINERS AVE | | Yes |

| Date From | Code | Date To | Requested By |
|---|---|---|---|
| | | | |
| | | | |

| City | State | Zip Code | Oper Owns Veh | Lic. Class |
|---|---|---|---|---|
| LEVITTOWN | NY | 117560000 | N | DM |

| Client ID Number | | Sex | Date Expires |
|---|---|---|---|
| 283090235 | | M | 10/15/18 |

| Lic. State | Date of Birth | Veh. Type | Year | Make | Color |
|---|---|---|---|---|---|
| NY | 10/15/80 | 1 | 2011 | MAZD | BK |

| Plate Number | Reg. State | Registration Expires |
|---|---|---|
| GPT8057 | NY | |

| | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail | | | |
| Refund | | | |
| Fine | | | |
| Surcharge | | | |

### THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

| Time | Date | IN VIOLATION OF |
|---|---|---|
| 12:18:00 AM | 9/14/15 | Vehicle and Traffic Law |

| Violation Section | Tr Inf / Msd / Fel | MPH | MPH Zone |
|---|---|---|---|
| 1163D | Infraction | | |

| Description of Violation | US DOT# | | |
|---|---|---|---|
| IMPROPER/NO SIGNAL | Com Veh | Bus | Haz Mat |

| C/T/V Name | County | Hwy Type | NCIC/ORI |
|---|---|---|---|
| NASSAU CNTY TRAFFIC BUR | NASSAU | 2 | 02900 |

| Street Name | Hwy. No. | Loc. Code |
|---|---|---|
| E/B 495 AT 35 | 2 | 3051 |

Officer's Signature Affirmed Under Penalty of Perjury

Officer Operating Radar Signature

| Date Affirmed | Off Assign | Badge/Shield | Arrest Type |
|---|---|---|---|
| 9/14/15 | 0606 | 8162 | 1 |

| Officer's Name |
|---|
| M PALAZZO |

### THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN:

NASSAU CNTY TRAFFIC BUR

| Address |
|---|
| 16 COOPER ST. |

| City | State | Zip |
|---|---|---|
| HEMPSTEAD | NY | 11550 |

| Return by mail before or in person on: | Date | Time |
|---|---|---|
| | 10/23/15 | 09:00:00 A |

### FOR COURT USE ONLY

| Court Code | Justice Code | Date Adjudicated | Date Sentenced Imposed |
|---|---|---|---|
| NY029TC3J | | | |

| Charge Convicted of AS ABOVE  VTL  OTHER | Disposition/Sentence | Fine Amt |
|---|---|---|
| | | Surcharge |

| Bail Forfeiture Amt | Date | License | Registration |
|---|---|---|---|
| | | Rev Susp Mand Perm | Month/Day/Yrs |

| DWI Test Type | DWI Test Results |
|---|---|

Supporting Deposition Issued Non-Speeding(Gen101a)

SECTION 1807 OF THE VEHICLE AND TRAFFIC LAW PROVIDES THAT DEFENDANT, IN CERTAIN CASES, MUST BE INFORMED IN SUBSTANCE AS FOLLOWS:

"A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law."

To Judges or Clerk of Court: Checkmark the appropriate box or boxes below.

I HEREBY CERTIFY THAT:

☐ Upon arraignment, that the above instruction was given orally to the defendant

☐ The defendant appeared in response to a ticket upon which the above instructions were printed in bold type, in accordance with Section 1807 of the Vehicle and Traffic Law.

☐ Defendant entered a plea of guilty in writing pursuant to Section 1805 of the Vehicle and Traffic Law.

| Signature of Judge or Clerk of Court | Date |
|---|---|

| Name of Judge |
|---|

New York State - Department of Motor Vehicles
**SIMPLIFIED INFORMATION/CERTIFICATE CONCERNING VIOLATION OF LAW RELATING TO VEHICLES**

| **E17503D0G8** | POLICE AGENCY | Date of Arraignment | | |
|---|---|---|---|---|
| The people of The State of New York VS. | NASSAU COUNTY POLICE DEPT. | Court Adjournment Record | | Docket Number |
| | Local Police Code 02900 | | | |

| Last Name (Defendant) PANCHITKAEW | First Name MARUT | | M.I. |
|---|---|---|---|

| Number and Street 450 GARDINERS AVE | | Photo Lic Shown Yes |
|---|---|---|

| City LEVITTOWN | State NY | Zip Code 117660000 | Oper Owns Veh N | Lic. Class DM |
|---|---|---|---|---|

| Client ID Number 283090235 | Sex M | Date Expires 10/16/18 |
|---|---|---|

| Lic. State NY | Date of Birth 10/16/80 | Veh. Type 1 | Year 2011 | Make MAZD | Color BK |
|---|---|---|---|---|---|

| Plate Number GPT8057 | Reg. State NY | Registration Expires |
|---|---|---|

| Date From | Code | Date To | Requested By |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | Amount | Date | Receipt No. |
|---|---|---|---|
| Bail | | | |
| Refund | | | |
| Fine | | | |
| Surcharge | | | |

**THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS**

| Time 12:18:00 AM | Date 9/14/15 | IN VIOLATION OF Vehicle and Traffic Law | | |
|---|---|---|---|---|
| Violation Section 1128A | | Tr Inf / Misd / Fel Infraction | MPH | MPH Zone |
| Description of Violation MOVED FROM LANE UNSAFELY | | US DOT# | | |
| | | Com Veh | Bus | Haz Mat |
| C/T/V Name NASSAU CNTY TRAFFIC BUR | | County NASSAU | Hwy Type 2 | NC/C/ORI 02900 |
| Street Name E/B 495 AT 35 | | Hwy. No. 2 | Loc. Code 3051 | |

Officer's Signature Affirmed Under Penalty of Perjury

Officer Operating Radar Signature

| Date Affirmed 9/14/15 | Off Assign 0606 | Badge/Shield 8152 | Arrest Type 1 |
|---|---|---|---|

Officer's Name
M PALAZZO

**SECTION 1807 OF THE VEHICLE AND TRAFFIC LAW PROVIDES THAT DEFENDANT, IN CERTAIN CASES,MUST BE INFORMED IN SUBSTANCE AS FOLLOWS:**

"A plea of guilty to this charge is equivalent to a conviction after trial. If you are convicted, not only will you be liable to a penalty, but in addition your license to drive a motor vehicle or motorcycle, and your certificate of registration, if any, are subject to suspension and revocation as prescribed by law."

To Judges or Clerk of Court: Checkmark the appropriate box or boxes below.

I HEREBY CERTIFY THAT:

☐ Upon arraignment, that the above instruction was given orally to the defendant

☐ The defendant appeared in response to a ticket upon which the above instructions were printed in bold type, in accordance with Section 1807 of the Vehicle and Traffic Law.

☐ Defendant entered a plea of guilty in writing pursuant to Section 1805 of the Vehicle and Traffic Law.

**THIS MATTER IS SCHEDULED TO BE HANDLED ON THE APPEARANCE DATE BELOW IN:**
NASSAU CNTY TRAFFIC BUR

| Address 16 COOPER ST. | | |
|---|---|---|
| City HEMPSTEAD | State NY | Zip 11550 |
| Return by mail before or in person on: | Date 10/23/15 | Time 09:00:00 A |

| Signature of Judge or Clerk of Court | | Date |
|---|---|---|

**FOR COURT USE ONLY**

| Court Code NY029TC3J | Justice Code | Date Adjudicated | Date Sentenced Imposed |
|---|---|---|---|
| Charge Convicted of AS ABOVE   VTL   OTHER | | Disposition/Sentence | Fine Amt |
| | | | Surcharge |
| Bail Forfeiture Amt | Date | License | Registration |
| | | Rev Susp Mand Perm | Month/Day/Yrs |
| DWI Test Type | | DWI Test Results | |
| Supporting Deposition Issued Non-Speeding(Gen101a) | | | |

| Name of Judge |
|---|

# DISCHARGE READINESS AND EDUCATION FORM

*Department of Psychiatry & Behavioral Health Sciences*

Addressograph

| PATIENT NAME: | DOB: |
|---|---|
| TELEPHONE NUMBER AT TIME OF DISCHARGE: *(570) 444-779? - 256* | MR#: |
| ADDRESS AT TIME OF DISCHARGE: *450 Gardner Ave* *Scranton PA 1??0* | DATE: *2/19/16* |

We certify that We met with this patient on the date indicated to review and complete the following:

INITIALS OF PROVIDER

- A mental status exam
- A clinically relevant risk assessment, including a risk/benefit analysis determining readiness for step down to aftercare
- A review of discharge plan and instructions from the treatment team
- A review of medications (if applicable) to ensure that the patient has sufficient quantity until next appointment with prescriber
- An assessment of the patient's support system
- A review of the patient's follow-up appointment to ensure that the patient knows the time and date and how to contact the provider
- Discussed the importance of keeping the follow-up appointment
- Discussed self-monitoring of specific signs/symptoms/feelings
- A review of what to do in case of emergency including how to contact his/her doctor and/or therapist

| Physician Signature & Telephone Number: | Print Name/Stamp: | Date/Time: *2/19/16* |
|---|---|---|
| Social Worker Signature & Telephone Number: | Print Name/Stamp: | Date/Time: *2/19/16* |
| RN Signature & Telephone Number: | Print Name/Stamp: | Date/Time: *2/19/16* |
| Interpreter Signature (if required): | Print Name or Telephonic ID: | Date/Time: |

| PATIENT/LEGAL GUARDIAN SIGNATURE | DATE *2/19/16* | TIME *1:09H* |
|---|---|---|

BARCODE BH2475
61584251 (9/1/15) 1.1



EAST MEADOW, N.Y. 11554
(516) 572-0123

Date: __/__/__

**DISCHARGE NOTICE FOR PATIENTS UNDER THE CASE PAYMENT SYSTEM**
**READ THIS LETTER CAREFULLY –**
**IT CONCERNS YOUR PRIVATE INSURANCE BENEFITS OR**
**MEDICAID BENEFITS OR IF YOU ARE UNINSURED**

Patient Name: _____     Primary Payor
At Discharge: _____

ATT. PHYS: _____ MR#: _____ ADM. DATE: __/__/__

Dear Patient:

Your doctor and the hospital have determined that you no longer require care in the hospital and will be ready for discharge on:

_____FRIDAY_____          ___2/19/16___
Day of Week               Date

IF YOU AGREE with this decision, you will be discharged. Be sure you have already received your written discharge plan which describes the arrangements for any future health care you may need.

IF YOU DO NOT AGREE and think you are not medically ready for discharge or feel that your discharge plan will not meet your health care needs, you or your representative may request a review. Contact the review agent indicated at the end of this letter if you would like a review of the discharge decision..

IF YOU WOULD LIKE A REVIEW, you should immediately, but not later than noon of _____ (DAY and DATE) call the telephone number checked off at the end of this letter.

IF YOU CANNOT REQUEST THE REVIEW YOURSELF, and you do not have a family member or friend to help you, you may ask the hospital representative at extension 28816, who will request the review for you.

IF YOU REQUEST A REVIEW, the following will happen:
1. The review agent will ask you or your representative why you or your representative think you need to stay in the hospital and also will ask your name, admission date and telephone number where you or your representative can be reached.

2. After speaking with you or your representative and your doctor, and after reviewing your medical record, the review agent will make a decision which will be given to you in writing.

3. While this review is being conducted, you will not have to pay for any additional hospital days until you have received the review agent's decision.

CCpp060a
White-patient;Yellow-chart
H-363  MC 3439 10/88 Rev. 3/99
90007(2/05)
ZNYNU61582303 (61582303)



[Federal CASE # 2:18-CV-00956]

To:
Postal Inspector General
**Postal Inspector - New York**
**Al Weissmann PO Box 555**
**New York NY 10116-0555**
**(212) 330-2270**

Date: ~~06/27/2018~~ 07/20/2018

Cc:
**United States Attorney General (EDNY)**
**610 Federal Plaza**
**Central Islip NY 11722-4454**

Dear Postal Inspection Office,

Despite numerous attempts to file an online fraud with USPS Postal Inspector, there is no response and/or investigation take place. In regard to the case: CA138021204, I only received general response from the USPS supervisor Steve Ficara [(516) 735-7343 stephen.o.ficara@usps.gov]. My complaint is regards an Ebay Transaction fraud, and mail tampered that involved local USPS employee/supervisor and Nassau County Police officer. This incident took place since 2015 and still considerately on-going issue. I'm writing this letter to express my concern pertain to the incident. A thorough investigation would highly be substantially practical. There are many victims in Nassau County of New York State that have their rights violated by local police with an illegal helping hand by Levittown Post Office. Please kindly see attached documents for further detail regards this Public Corruption and USPS – Levittown employee's misconduct.

Please kindly advise, should there be any further detail needed.

Thanks & Regards,

**Marut Panchitkaew**
**450 Gardiners Ave**
**Levittown, NY 11756**

H: 516 - 731 - 2917
C: 516 - 996 - 9349

217-342-2413          10:02:19   07-11-2015

* This is Fake Notorized Letter

Fax #
516-735-5319

ATTN
Mike Castellano

ATTN: Mike Castellano

I Marut Panchitkaew hearby give USPS location
Levittown NY 11756 permission to release my package
tracking # EK 529 818 642 US to NY Minute messenger →
and trucking on todays date which is July 11, 2015

```
OFFICIAL SEAL
JANET L LORTON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 04/11/17
```

Janet L Lorton    7/11/2015

NAME of Currier
Sarabjit Singh MJC

USPS Tracking Intranet

Page 1 of 2

*[Note: They falsely used my name.] ⟶ 312-248-2191*

**Product Tracking & Reporting**

UNITED STATES POSTAL SERVICE®

Help

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | July 11, 2015 |

*Begin*

## USPS Tracking Intranet Tracking Number Result

**Result for Domestic Tracking Number EK52 9818 642U S**

### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 117563703 | LEVITTOWN | NY |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 624019998 | EFFINGHAM | IL |

### Tracking Number Classification

**Class/Service**

| | |
|---|---|
| Class/Service: | Priority Mail Express PO-Add |
| Class of Mail Code/Description: | EX / Priority Mail Express 2-Day™ |

**Destination Address Information**

| | |
|---|---|
| Address: | 450 GARDINERS AVE |
| City: | LEVITTOWN |
| State: | NY |
| 5-Digit ZIP Code: | 11756 |
| 4-Digit ZIP Code add on: | 3703 |
| Delivery Point Code: | 50 |
| Record Type Code: | Street Record |
| Delivery Type: | Residential, Other |

**Origin / Return / Pickup Address Information**

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 62401 |
| 4-Digit ZIP Code add on: | 9998 |

**Service Delivery Information**

| | |
|---|---|
| Service Performance Date: | Scheduled Delivery Day and Time: Saturday, 07/11/2015 15:00 |
| Predicted Delivery Date: | Saturday, 07/11/2015 |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 05 |
| PO Box: | N |
| Other Information | Service Calculation Information |

**Payment**

| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $19.99 |
| Weight: | 1 lb(s) 8 oz(s) |
| Rate Indicator: | Flat Rate Padded Envelope |

### Extra Services

**Extra Services Details**

| Description | Amount |
|---|---|
| Priority Mail Express Merchandise Insurance | $0.00 |
| PO to Addressee | |
| Up to $100 insurance included | $0.00 |

### Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| DISPATCHED FROM SORT FACILITY | EF | 07/10/2015 | 22:32 | CHAMPAIGN, IL 618219998 | System Generated | | | 07/10/2015 23:00:37 | Dispatch Label ID: DS14 4110 1111 1507 1022 5130  [Request Delivery Record] |
| PACKAGE INTERCEPT REQUESTED | VI | 07/10/2015 | 22:17 | LEVITTOWN, NY 11756 | | | | 07/11/2015 00:13:38 | |
| ENROUTE/PROCESSED | 10 | 07/10/2015 | 16:30 | CHAMPAIGN, IL 618219998 | Scanned | IMD 030SHJS096 (non-wireless) | Scanned by route 232 | 07/10/2015 22:51:01 | |
| DISPATCHED FROM SORT FACILITY | EF | 07/10/2015 | 03:09 | EFFINGHAM, IL 624019998 | System Generated | | | 07/10/2015 03:23:38 | Dispatch Label ID: DS13 8036 6222 1507 1003 1426 |
| ENROUTE/PROCESSED | 10 | 07/09/2015 | 14:39 | EFFINGHAM, IL 624019998 | Scanned | IMD 030SHK1328 (non-wireless) | Scanned by route 99980000 | 07/09/2015 18:06:39 | |
| ACCEPT OR PICKUP | 03 | 07/09/2015 | 14:24 | EFFINGHAM, IL 624019998 | Scanned | POS | Destined to route C006 | 07/09/2015 14:58:47 | Facility Finance Number: 162388 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▼     [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 4.1.1.1

＊Note: Despite the fact that I'm living in Levittown, NY, the supervisor "Mike Castellano" managed accept this John notarized letter and release the packet. The seller worked along with Levittown Postal employ and local police (Nassau County Police Department) to scam the insurance. As a result, the seller falsely filed lost Package. And claim $20,000 in the lost Claim. "Joseph Zechery" - levittown Post Employee also a part of the SCAM

USPS Restricted Information



$1800

~~MARUT~~

11756-C006
LEVITTOWN
Printed: Saturday, July 11, 2015 3:34:08 AM CDT

1 of 1

## Package Intercept Record Information:
Origination: Retail Package Intercept
Request ID: WEI129622
Current Status: New
Package Intercept Type: Hold For Pickup
Original Tracking Number: ek529818642us
Mail Class: Priority Mail

## Services:
Signature Confirmation

## Sender Information:
Name: marut panchitkaew
Street Address: 450 GARDINERS AVE
City, State, and Zip Code: LEVITTOWN, NY  11756-3703

## Original Destination Information:
Name: MARUT PANCHITKAEW
Street Address: 450 GARDINERS AVE
City, State, and Zip Code: LEVITTOWN, NY  11756-3703

## Forwarded Destination Information:
Name: POST OFFICE
Organization: LEVITTOWN
Street Address: 180 GARDINERS AVE
City, State, and Zip Code: LEVITTOWN, NY  11756-3762

Why would I send the package to myself, should I live in the very same address? This is just one of many on-going issues. My mails have been tampered, missed, and stolen on frequent occasions.



UNITED STATES POSTAL INSPECTION SERVICE

## CRIMINAL INVESTIGATIONS SERVICE CENTER

03/13/2017

MARUT PANCHITKAEW
450 GARDINERS AVE
LEVITTOWN NY 11756-3703

Ref:  C|MCA|039|S1398797|C1825401

Dear Postal Customer:

Thank you for your recent correspondence.  Unfortunately, your letter does
not provide sufficient information to process your complaint.  Please furnish us
with a copy of the original correspondence or complete the enclosed Mail
Fraud Report, PS Form 8165.

A pre-addressed envelope which requires no postage is enclosed for your
convenience.

Sincerely,

MANAGER
CRIMINAL INVESTIGATIONS SERVICE CENTER

*Note: Since this involve USPS employee, I highly hope US Postal Inspector-General could step-in, and investigate this matter at the earliest possible.

Truthfully Your
Marut Panchitkaew

433 W HARRISON STREET ROOM 3255
CHICAGO IL 60699-3255
TELEPHONE: 800-372-8347
FAX: 312-669-5661

Attn: FOIA Request
Federal Bureau of Investigation
Record Information/Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843

Dear FBI:

Under the Freedom of Information Act, 5 U.S.C. subsection 552 and the Privacy Act, 5 U.S.C. section 552a, please furnish me with copies of all records about me indexed to my name. To help identify information about me in your record systems, I am providing the following required information:

Full name: MARUT PANCHITKAEW
Current address: 450 GARDINERS AVENUE, LEVITTOWN, NY 11756
Date of Birth: 10/15/1980
SSN: 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

If you deny all or any part of this request, cite each specific exemption forming the basis of your refusal to release the information, and notify me of appeal procedures available under the law.

ANNOTATION:
As a Federal Litigant pursuant the Federal Case: [2018$CV-00956 Panchitkaew V. Nassau County Police] in the Supreme Court – Eastern District Of New York, I'm required to retrieve classified information regards the false charges Nassau County Police brought up against me, Marut Panchitkaew, in June 2017. Nonetheless, FBI stepped in and helped solve the issue. [Involved Parties: FBI Agent – "NICOLE ABRAMS", abramsns@state.gov, and FBI-NY].

Please be advised, this Frivolous Charge by Nassau County Police, a 'Considerably Significant Evidence', will be submitted to Supreme Court 'Judge Honorable Joan M Azrack' in Discovery Period. Point to be notice, FBI also pursuing a corruption charge against Nassau County (NY) and its Executive, 'Ed Mangano', which will be trial in this coming October, 2018. Therefore, my litigation(s) will be greatly valuable not only to FBI but also United States Attorney General [Of Eastern District Of New York] for the criminal charges against Nassau County Police Department (Federal Civil Rights Statutes
Title 18, U.S.C., Section 249 - Matthew Shepard and James Byrd, Jr., Hate Crimes Prevention Act .)

If you do not deem me to be eligible for a fee waiver, then I agree to pay reasonable fees/costs incurred in the copying of these documents up to the amount of $30. If the estimated fees will be greater than $30, please contact me by telephone (516-996-9349) before such expenses are incurred. If you have any questions regarding this request, please contact me by telephone. Thank you for your assistance.

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.

Date: 08/07/2018

Truthfully Yours,
Marut Panchitkaew
Panday5000@mailfence.com
516-996-9349



**U.S. Department of Justice**

**Federal Bureau of Investigation**

Clarksburg, WV 26306
July 10, 2018

Mr. Marut Panchitkaew
450 Gardiners Avenue
Levittown, NY  11756


                SUBJECT:  Firearm Appeal
                          National Instant Criminal Background Check
                          System (NICS) Transaction
                          Number (NTN)-100NJ68TG

Dear Mr. Panchitkaew:

This letter is in response to your appeal of the results of your
firearm background check. You have been matched with a prohibiting
record which contains a similar name and/or similar descriptive
features.  Your transaction's prohibition is under Title 18, United
States Code (U.S.C), Section 922(g)(4):  "A person who has been
adjudicated as a mental defective or who has been committed to a
mental institution."  Please note that this standard may be met in a
number of ways, including but not limited to:

- A formal ruling by a Court or other proper authority that an
  individual either lacks mental capacity to manage his or her own
  affairs or is a danger to self or others, due to mental illness,
  incompetency, condition or disease, or very low intelligence
- A finding, by a Court or jury, that an individual was not guilty
  of criminal charges due to mental incapacity or infirmity, <u>or</u>
  that the individual was guilty but mentally ill, <u>or</u> that such
  charges against the individual should be dismissed for mental
  health reasons
- An order of a Court or other proper authority directing an
  individual to receive treatment for a mental health condition,
  whether inpatient or outpatient, which for purposes of this
  statute constitutes being "committed to a mental institution"

In addition, please note that your agreement to the entry of any such
order, ruling, or finding would not make the 18 U.S.C. §922(g)(4)
prohibitor invalid.

          <u>**If you are the subject of the prohibiting record listed
below**</u> and wish to challenge the accuracy of the record, you should
contact the agency holding the record for further information.  If the
agency has documentation which would show the record was inaccurate or

. Mr. Marut Panchitkaew

that the prohibition was nullified, the agency holding the record
should submit notification of the correction directly to the Appeal
Services Team (AST) of the
FBI Criminal Justice Information Services (CJIS) Division's
NICS Section via facsimile at (304) 625-0535.  Your NTN must be
provided with the agency's notification.  The agency should take the
necessary steps to update the record to prevent future denials.

If the prohibiting information was correct at the time your
NICS background check was conducted, but has since been resolved, your
deny status will not change.  The denial would be considered valid at
the time of the check.  If you are certain the prohibiting record has
been removed or updated by the submitting agency, you are not
prohibited from subsequent attempts to possess or receive a firearm.

**If you do not believe you are the same person as the
subject of the prohibiting record,** you may contact the agency listed
below.  Please be advised that descriptive information can be limited
based on varying factors such as system limitations, available
descriptive information, and state laws minimizing the amount of
descriptive data allowable for entry.  If additional descriptors can
be added to the record by the agency or the agency is able to provide
more descriptive information to the AST to support your identity
challenge, they should notify the AST via facsimile at (304) 625-0535.
Your NTN must be provided with the agency's notification.  The agency
should take the necessary steps to update the record to prevent future
denials.

To obtain further information relating to the prohibiting
record, you should contact:

NICS Appeals and SAFE Act
Post Office Box 66329
Albany, NY  12206
Phone:  518-549-1180
Date Of Entry:  February 25, 2016
NICS Record Identifier:  1736447664

No further action will be taken until documentation is
provided by the contributing agency or you notify the AST that the
record has been updated.

Please ensure **all** correspondence/submissions contain your
NTN.  Failure to do so will only delay your appeal.

NICS Section
CJIS Division

2



STATE OF NEW YORK
UNIFIED COURT SYSTEM
DISTRICT COURT OF NASSAU COUNTY
99 MAIN STREET
HEMPSTEAD, NY 11550
TEL: (516) 493-4166
FAX (516) 572-2507

**HON. THOMAS A. ADAMS**
Administrative Judge

**HON. NORMAN ST. GEORGE**
Supervising Judge of the
District Court

**MICHAEL BEGANSKAS**
Chief Clerk

**ANGELA DILIBERTI**
**GREGORY HECHT**
Deputy Chief Clerks

May 22, 2018

Mr. Marut Panchitkaew
450 Gardiners Avenue
Levittown, NY 11756

RE: People v Mischke

Dear Mr. Panchikaew:

I am writing to acknowledge that Judge St. George has received your correspondence regarding Judge Girardi and the dispositions for the above referenced defendant. Judge St. George has asked me to review the matter and respond on his behalf.

Please be advised that a judge who is not assigned to a matter is, in accordance with court rules and statutory requirements, precluded from considering the merits of the issues raised in your correspondence. A judge not assigned to the case, including an Administrative and/or Supervising Judge, does not have authority or jurisdiction to, as requested in your letter, review the rulings of other judges, regardless of how strongly an individual maintains that procedural, factual or legal matters were resolved incorrectly.

Thank you for contacting us with your concerns.

Sincerely,

William P. Bodkin
Principal Law Clerk

cc: Hon. Norman St. George, Supervising Judge



# NEW YORK STATE
# COMMISSION ON JUDICIAL CONDUCT

JOSEPH W. BELLUCK, CHAIR
PAUL B. HARDING, VICE CHAIR
JOEL COHEN
JODIE CORNGOLD
HON. JOHN A. FALK
TAA GRAYS
HON. LESLIE G. LEACH
HON. ANGELA M. MAZZARELLI
RICHARD A. STOLOFF
HON. DAVID A. WEINSTEIN
AKOSUA GARCIA YEBOAH
MEMBERS

JEAN M. SAVANYU, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800   646-458-0038
TELEPHONE        FACSIMILE
www.cjc.ny.gov

## CONFIDENTIAL

March 30, 2018

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

MARK LEVINE
DEPUTY ADMINISTRATOR

PAMELA TISHMAN
PRINCIPAL ATTORNEY

MARY C. FARRINGTON
ADMINISTRATIVE COUNSEL

BRENDA CORREA
SENIOR ATTORNEY

KELVIN S. DAVIS
DANIEL W. DAVIS
STAFF ATTORNEYS

ALAN W. FRIEDBERG
MELISSA DIPALO
SPECIAL COUNSELS

Mr. Marut Panchitkaew
450 Gardiners Avenue
Levittown, New York  11756

Re: <u>2018/N-0205</u>

Dear Mr. Panchitkaew:

This will acknowledge receipt of your complaint dated February 28, 2018.

Although the law requires the Commission to review all complaints, please note that the Commission's jurisdiction is limited to judges in the New York State Unified Court System, which does not appear to apply to your complaint.

For your information we have enclosed some background material about the Commission, its jurisdiction and its limitations.

Very truly yours,

Lee Kiklier
Administrative Assistant



# NEW YORK STATE
## COMMISSION ON JUDICIAL CONDUCT

JOSEPH W. BELLUCK, CHAIR
PAUL B. HARDING, VICE CHAIR
JODIE CORNGOLD
HON. JOHN A. FALK
TAA GRAYS
HON. LESLIE G. LEACH
HON. ANGELA M. MAZZARELLI
MARVIN RAY RASKIN
RICHARD A. STOLOFF
AKOSUA GARCIA YEBOAH
MEMBERS

JEAN M. SAVANYU, CLERK

61 BROADWAY, SUITE 1200
NEW YORK, NEW YORK 10006

646-386-4800    646-458-0037
TELEPHONE        FACSIMILE
www.cjc.ny.gov

ROBERT H. TEMBECKJIAN
ADMINISTRATOR & COUNSEL

## CONFIDENTIAL

July 26, 2018

Mr. Manut Panchitkaew
Nassau County Citizens
450 Gardineus Avenue
Levittown, New York 13736

### Re: File No. 2018/N-0276

Dear Mr. Panchitkaew:

The State Commission on Judicial Conduct has reviewed your letter of complaint dated February 16, 2018. The Commission has asked me to advise you that it has dismissed the complaint.

Upon careful consideration, the Commission concluded that there was insufficient indication of judicial misconduct to justify judicial discipline. The Commission is not a court of law and does not have authority to review plea agreements or to change a judge's decision in a particular case.

Very truly yours,

Jean M. Savanyu
Jean M. Savanyu

JMS/ja

From:

## The People's Republic of the State of New York

Date: 04/02/2018

To:

## Chief Of Judges – Honorable Norman St. George

Nassau County District Court
99 Main Street, Hempstead, NY 11550
Cc:

## US Attorney General - U.S. Department of Justice

950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

## Administrative Office of the United States Courts

One Columbus Circle, NE
Washington, D.C. 20544
Cc:
Nassau County Chapter – NYCLU [nassau@nyclu.org]
Newsday Chief Editor [editor@newsday.com],
Fox News-NY Editor [foxnewstips@foxnews.com],
NY Times Editor [ tips@nytimes.com]

## COMPLAINT OF JUDICIAL MISCONDUCT

I.      Pursuant to the Judicial Conduct and Disability Act and the Judicial Conference of the United
        States Rules for Judicial-Conduct and Judicial-Disability Proceedings,1 Complainants file this
        Complaint against Judge Joseph **Girardi** of the **Nassau First District Court**. Judge Girardi has
        engaged in conduct that is prejudicial to the effective and expeditious administration of the
        business of the courts, undermines public confidence in the integrity and impartiality of the
        judiciary, and creates a strong appearance of impropriety.

This Complaint arises primarily from Judge Girardi's ruling on *"Timothy F Mischke"* for the following
cases:
Case: CR-007093-17NA

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 220.03 00 **TOP CHARGE** | A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge Description*Crim Poss Contri Subst* | |
| PL 221.10 01 | B Misdemeanor, 1 count, Not an arrest charge, Arraignment charge Description*C/p Marihuana-5th:public Place* Weapon/Drug*Marihuana* | |
| VTL 375.A4 A4 | Infraction, 1 count, Arrest charge, Arraignment charge Description*No/inadequate Plate Lamp* | |
| VTL 375.31 31 | Infraction, 1 count, Arrest charge, Arraignment charge Description*Vtl* | |

Case: CR-007497-17NA

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 221.05 00 | **Violation, 1 count, Arrest charge, Arraignment charge** DescriptionUnlaw Poss Marihuana Weapon/DrugMarihuana | |
| PL 265.01 00 | **A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** DescriptionCrim Poss Weap - 4th Deg Weapon/DrugWeapon other than Gun/Handgun Date Added03/27/2017 | **Reduced To PI 110-265.01 00** |
| PL 265.01 00 **TOP CHARGE** | **A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** DescriptionCrim Poss Weap - 4th Deg Weapon/DrugWeapon other than Gun/Handgun Date Added03/27/2017 | |
| PL 265.02 01 | **D Felony, 2 counts, Arrest charge, Arraignment charge** DescriptionCrim Poss Weap-3rd:prev Conv | **Reduced To PI 265.01 00** |
| PL 265.02 01 | **D Felony, 2 counts, Arrest charge, Arraignment charge** DescriptionCrim Poss Weap-3rd:prev Conv | **Reduced To PI 265.01 00** |
| VTL 375.XA XA | **Infraction, 1 count, Arrest charge, Arraignment charge** DescriptionEquip Vio:windshield Tint Viol | |
| VTL 1180.A 0A | **Infraction, 1 count, Arrest charge, Arraignment charge** DescriptionSpeed Viol:Imprudent Speed | |
| VTL 375.XA XA | **Infraction, 1 count, Arrest charge, Arraignment charge** DescriptionEquip Vio:windshield Tint Viol | |
| PL 110-265.01 00 | **B Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** DescriptionAttempted Crim Poss Weap - 4th Deg Weapon/DrugWeapon other than Gun/Handgun Date Added01/24/2018 | |
| VTL 375.2C 2C | **Infraction, 1 count, Arrest charge, Arraignment charge** DescriptionUnauthorized Light | |

Case: CR-013623-16NA

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 220.03 00 **TOP CHARGE** | **A Misdemeanor, 1 count, Arrest charge, Arraignment charge** DescriptionCrim Poss Contrl Subst | Pled Guilty |

Case: CR-020573-17NA

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 221.05 00 | Violation, 1 count, Arrest charge, Arraignment charge<br>DescriptionUnlaw Poss Marihuana<br>Weapon/DrugMarihuana | |
| VTL 1163.D 0D | Infraction, 1 count, Arrest charge, Arraignment charge<br>DescriptionIll Signal: Turn | |
| PL 220.03 00<br>**TOP CHARGE** | A Misdemeanor, 1 count, Arrest charge, Arraignment charge<br>DescriptionCrim Poss Contrl Subst | ████ |

According to the Case: CR-007497-17NA, there are reduction from two D Felony Arrest charges to **NON-ARREST A Misdemeanor CHARGE.**

| PL 265.02 01 | D Felony, 2 counts, Arrest charge, Arraignment charge<br>DescriptionCrim Poss Weap-3rd:prev Conv | Reduced To Pl 265.01 00 |
|---|---|---|
| PL 265.02 01 | D Felony, 2 counts, Arrest charge, Arraignment charge<br>DescriptionCrim Poss Weap-3rd:prev Conv | Reduced To Pl 265.01 00 |
| PL 265.01 00 | A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge<br>DescriptionCrim Poss Weap - 4th Deg<br>Weapon/DrugWeapon other than Gun/Handgun<br>Date Added03/27/2017 | Reduced To Pl 110-265.01 00 |

As a result, Top charge is merely A Misdemeanor:

| PL 265.01 00<br>**TOP CHARGE** | A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge<br>DescriptionCrim Poss Weap - 4th Deg<br>Weapon/DrugWeapon other than Gun/Handgun<br>Date Added03/27/2017 | |
|---|---|---|

Judge Name: Joseph Girardi | Judge Court: Nassau First District | Judge County: Nassau County
Date: May 20, 2016 |March 6, 2017 | March 22, 2017 | August 14, 2017
Case(s) Name: CR-007093-17NA |CR-007497-17NA | CR-013623-16NA | CR-020573-17NA
Defendant Name: Timothy F Mischke | NYS ID: 2618077M | Birth Year: 1991

Despite the fact that "Timothy F Mischke" has long history of criminal misconduct, the judge still manages to reduce these FELONY charges into merely Misdemeanor. It is known that this criminal has a well-connection with Nassau County Police Department. Nonetheless, justice shall be served regardless of who he is, who he knows, who he works for.

---

1.  The Judicial Conduct and Disability Act allows "[a]ny person alleging that a judge has engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts" to file a complaint against the judge. See 28 U.S.C. § 351(a). To implement that Act, as amended, the Judicial Conference of the United States promulgated the Rules For Judicial-Conduct and Judicial-Disability Proceedings. Rule 3(h) defines "cognizable misconduct" as including "conduct prejudicial to the effective and expeditious administration of the business of the courts" and "conduct occurring outside the performance of official duties if the conduct might have a prejudicial effect on the administration of the business of the courts, including a substantial and widespread lowering of public confidence in the courts among reasonable people."

*"Timothy F Mischke"'s* charges need to be restored, or the case need to be re-trial. This is an interest not just for the victim but also the People's Republic of State of New York. Many people suffer from this criminal; Robbery, Attempt to murder, Class A drug trading, Car Vandalism, ..., etc. But due to his well-connection with Nassau County Police Department (NCPD), he managed to escape from his crimes till date. In essence this case, like many of his previous cases, are going to end with just a slap on the wrist, should the Judge continue turning a blind eye on this Criminal's Felony charges. The plaintiff, and many other victims will end up suffocating furthermore after this trial is over. There would be more victims coming forward and press charge this criminal, should Justice decisively serve. There are many cases within Nassau County where NCPD falsified evidences, produced false witnesses in order to obtain warrants from Judges. For instance, *"State Of New York v. Steve Valles"*, this case is an example of NCPD's retaliation made against Mr. Valles. Witnesses on this case are just police officers who have no previous knowledge, or know the defendant at all. Mr. Valles was a very good friend of mine. He was there with me whole day where the false allegation took place. NCPD never ask nor request me to present before the Magistrate for the inquiry. The case was dismissed by juries. *"Melis v. County of Nassau et al"*, false charge by NCPD. And the 43 Million dollars Won NCPD False Arrest Suit – *"JOHN RESTIVO DENNIS HALSTEAD v. CAROLANN HESSEMANN"*.

On behalf of People's Republic of State of New York, I am requesting a thorough investigation on this inappropriate conduct, unfairly charge reduction. Criminal shall never walk away for his crime.

---

2. See Code of Conduct for United States Judges, Canon 1 (". . . A judge should maintain and enforce high standards of conduct and should personally observe those standards[.]"). 5 The Judicial Conference's Commentary on Rule 3 states that the Code of Conduct for United States Judges may be "informative" in determining whether a judge has engaged in conduct "prejudicial to the effective and expeditious administration of the business of the courts." The Code "is designed to provide guidance to judges . . .," and federal judicial discipline decisions have cited and relied on the Canons. See, e.g., In re Complaint of Judicial Misconduct (Paine), 664 F.3d 332, 335 (U.S. Judicial Conference 2011) (stating that the Judicial Conference adopted the Code to "provide standards of conduct for application in judicial-conduct and judicial-disciplinary proceedings brought pursuant to the Act. Commentary to Canon 1.

## Rule 6(d) Certification

In accordance with Rule 6(d) of the Rules for Judicial-Conduct and Judicial-Disability Proceedings, the factual statements in the Complaint are true and correct, as verified in the Declarations, made under penalty of perjury.

Truthfully Yours,

Marut Panchitkaew
450 Gardiners Ave, Levittown
New York 11756
On Behalf of
People Republic Of State Of New York

**Case Details - Appearances**

**CASE INFORMATION**Court**Nassau First District Court**
Case #**CR-007497-17NA**
Defendant**Mischke, Timothy F**

| Date/ Time | Judge/ Part | Calendar Section | Arraignment/ Hearing Type | Court Reporter | Outcome/ Release Status |
|---|---|---|---|---|---|
| **07/12/2018** | **CASHIER** | **TO PAY FINE** | | | |
| 05/10/2018 | Harris, D C10 | FOR SENTENCING | Sentencing | Cruz, Linette | Sentence Imposed RoR Continued |
| 04/12/2018 | Girardi, J C12 | FOR SENTENCING | Sentencing | Carroll, Denise | Trans To Another Court Part |
| 04/12/2018 | Hohauser, W ARR B | CNF | No Type | Zeni, Theresa | Case Continued (adjourned) Released on Recognizance |
| 03/21/2018 | Girardi, J C12 | FOR SENTENCING | Sentencing | Nishi-broach, Jacquel | Warrant Stayed |
| 01/24/2018 | Girardi, J C12 | HEARING | No Type | Nishi-broach, Jacquel | Pled Guilty-adj For Sentencing Bail Continued |
| 11/16/2017 | Lerose, D C12 | HEARING | No Type | Rivera, Miguel | Case Continued (adjourned) Bail Continued |
| 10/19/2017 | Lerose, D C12 | HEARING | No Type | Musa, Pauline | Case Continued (adjourned) Bail Continued |
| 09/20/2017 | Lerose, D C12 | HEARING | No Type | Rossi, Michelle | Case Continued (adjourned) Bail Continued |
| 08/09/2017 | O Donnell, C C12 | CNF | No Type | Nishi-broach, Jacquel | Case Continued (adjourned) Bail Continued |
| 06/13/2017 | Lerose, D C12 | CNF | No Type | Carroll, Denise | Case Continued (adjourned) Bail Continued |
| 05/09/2017 | Lerose, D C12 | PENDING | No Type | Rossi, Michelle | Case Continued (adjourned) Bail Continued |
| 04/27/2017 | Fischer, Rhonda E C5 | CNF | No Type | Cruz, Linette | Warrant Stayed |
| 03/27/2017 | Prager, E FP9 | PENDING | No Type | Favata, Cynthia | Case Continued (adjourned) Bail Continued |
| 03/23/2017 | Girardi, J ARR A | ARRAIGNMENTS | Regular | Favata, Cynthia | Case Continued (adjourned) Bond $1,000 Cash $1,000 (Cash) |

**Repeated Criminal**
**Pending Charges (Dismissed Likely)**

**Case Details – Charges**

**CASE INFORMATION**Court**Suffolk First District Court**
Case #**CR-018112-18SU**
Defendant**Mischke, Timothy F**

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| VTL 306.B 0B | **Infraction, 1 count, Not an arrest charge, Arraignment charge** Description*Uninspected Vehicle* | |
| VTL 340.A 0A **\*\*TOP CHARGE\*\*** | **Unclassified Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** Description*Fail To Retrn Lic/reg/pla* | |
| VTL 511.1A 1A | **Unclassified Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** Description*Aggravated Unlic Oper Veh 3* | |
| VTL 509.1 01 | **Infraction, 1 count, Not an arrest charge, Arraignment charge** Description*Operate Mv By Unlicensd D* | |

**Case Details – Charges**

**CASE INFORMATION**Court**Suffolk First District Court**
Case #**CR-012386-18SU**
Defendant**Mischke, Timothy**

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| VTL 509.1 01 | Infraction, 1 count, Arrest charge, Arraignment charge Description*Operate Mv By Unlicensd D* | |
| VTL 306.B 0B | Infraction, 1 count, Arrest charge, Arraignment charge Description*Uninspected Vehicle* | |
| VTL 509.2 02 | Infraction, 1 count, Arrest charge, Arraignment charge Description*Drive Mv W/o Proper Licen* | |
| VTL 511.A4 A4 **\*\*TOP CHARGE\*\*** | **Unclassified Misdemeanor, 1 count, Arrest charge, Arraignment charge** Description*Agg Unlicensed Operation-2deg* | |

Why is Nassau Judicial System is so lenient for the repeated Criminal.

Please kindly verify the merit of this justification.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

*Marut Panchitkaew*

Plaintiff(s),

-against-

*Nassau County Police Department*

Defendant(s).

------------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  AUG 10 2018  ★

**LONG ISLAND OFFICE**

**AFFIRMATION OF SERVICE**

2:18-CV-00956 (JMA(SIL)

I _MARUT PANCHITKAEW_, declare under penalty of perjury that I have

served a copy of the attached _Significant Artifacts_

upon _Nassau County Police Department_

by mailing it to _1490 Franklin Avenue, Mineola, NY_
_11501_

whose address is: _____

_____

_____

Dated: _August 10_, 20_18_

Central Islip, New York

_[signature]_
Signature

_450 Gardiners Ave_
Address

_Levittown, NY 11756_
City, State & Zip Code