UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARUT PANCHITKAEW,

Plaintiff,

JUDGMENT

-against-

CV18-956 (ARL)

DANIEL C. STELLER, in his individual capacity, JOSEPH M. GAFFNEY, in his individual capacity, STEVEN SCHWARTZ, in his individual capacity, JOSEPH SALVATORE, in his individual capacity, CRAIG CLARK, in his individual capacity,

Defendant.
-----------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

A jury having been selected and trial commenced on September 15, 2025, and the parties having presented evidence, authorities, and argument, and closed evidence on September 22, 2025; and the jury having deliberated and returned a verdict on September 23, 2025; and

1. Awarding plaintiff, Marut Panchitkaew, $30,000. in compensatory damages for loss of liberty on his unreasonable seizure claim against Daniel Steller.
2. Awarding plaintiff, Marut Panchitkaew, $70,000. in compensatory damages for pain and suffering, mental anguish and shock or discomfort on his unreasonable seizure claim against Daniel Steller.
3. Awarding plaintiff, Marut Panchitkaew, $50,000. in compensatory damages for his warrantless entry claim against Joseph Gaffney and Steven Schwartz. Apportioned 80% to Joseph Gaffney and 20% to Steven Schwartz.
4. Awarding plaintiff, Marut Panchitkaew, $10,000. in punitive damages against Joseph Gaffney; and
5. Finding in favor of defendants Joseph Salvatore and Craig Clark against plaintiff Marut Panchitkaew, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff, Marut Panchitkaew, against defendants Daniel Steller in the amount of $100,000, Joseph Gaffney in the amount of $50,000 and Steven Schwartz in the amount of $10,000 for a total amount of $160,000. and judgment is entered in favor of defendants Joseph Salvatore and Craig Clark against plaintiff Marut Panchitkaew. All claims asserted in the action and not addressed above are dismissed with prejudice and without costs.

Dated: Central Islip, New York
September 26, 2025

BRENNA B. MAHONEY
Clerk of Court

By: s/ Robert Imrie
Deputy Clerk